CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
NOV 03 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SHELLS AND FISH IMPORT AND EXPORT COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 3:14-CV-00025 ) ) **ORDER** |
| v. | ) ) Hon. Glen E. Conrad |
| PROCESS ENGINEERING AND FABRICATION, INC., | ) Chief United States District Judge ) ) |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion for summary judgment filed by the plaintiffs is **GRANTED**.

Assuming that the damages sought by plaintiffs are not liquidated under the contract, the Clerk is directed to schedule a jury trial for adjudication of damages. The Clerk is further directed to send copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

DATED: This 3rd day of November, 2016.

_____
Chief United States District Judge